GAETANO DONATO, Appellant, *v.* AMERICAN LOCOMOTIVE COMPANY, Respondent, et al., Defendants.

Argued April 6, 1954; decided April 23, 1954.

*Stephen Della-Rocca* for appellant.
*Laurence V. Benedict* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.